PORTER | SCOTT
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Katherine L.M. Mola, SBN 264625
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481 (telephone)
(916) 927-3706 (facsimile)
nsheehan@porterscott.com
kmola@porterscott.com

**Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA, TRACY GRISSOM and PAUL CODY

**LAW OFFICES OF LISA HOLDER**
Lisa Holder, SBN 212628
P.O. Box 65694
3 Los Angeles, CA 90065
Telephone (323)683-6610
Email: lisaholder@yahoo.com

**Attorney for Plaintiff:** RYAN CLIFFORD

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN CLIFFORD, | CASE NO.   2:11-CV-02935-JAM-GGH |
| Plaintiff, | **JOINT STIPULATION TO ENLARGE TIME FOR FILING OF RESPONSIVE PLEADING AND TIME FOR SUBMITTING JOINT STATUS REPORT AND ORDER** |
| vs. | |
| REGENTS OF UNIVERSITY OF CALIFORNIA; TRACY GRISSOM (as individual); PAUL CODY (as individual); and Does 1 through 50, Inclusive, | |
| Defendants. | Complaint Filed:  November 4, 2011 |
| _____/ | |

The parties have met and conferred regarding issues pertaining to the Complaint.  After engaging in this process, the parties hereby stipulate and agree as follows:

1.      Plaintiff will file an amended complaint no later than January 19, 2012.

1

JOINT STIPULATION TO ENLARGE TIME FOR FILING OF RESPONSIVE PLEADING AND TIME FOR SUBMITTING JOINT STATUS REPORT AND ORDER

{00973199.DOC}

PDF created with pdfFactory trial version www.pdffactory.com

2.     Defendants will file a responsive pleading to Plaintiff's amended complaint no later than 30 days after the date it is filed.

3.     The parties will submit a joint status report within 60 days of the filing of Plaintiff's amended complaint.

**IT IS SO STIPULATED.**

Dated:  December 28, 2011                          **LAW OFFICE OF LISA HOLDER**


By __/s/ Lisa Holder_____
          [as authorized on 12/28/11]
          Lisa Holder
          Attorney for Plaintiff
          RYAN CLIFFORD


Dated:  December 28, 2011                          **PORTER SCOTT**
                                                   **A PROFESSIONAL CORPORATION**

By ___/s/ Nancy J. Sheehan_____
          Nancy J. Sheehan
          Katherine L.M. Mola
          Attorneys for Defendants
          REGENTS OF THE UNIVERSITY OF
          CALIFORNIA, TRACY GRISSOM and
          PAUL CODY


**IT IS SO ORDERED.**

Dated:   12/30/2011                          /s/ John A. Mendez_____
                                             JOHN A. MENDEZ
                                             UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO ENLARGE TIME FOR FILING OF RESPONSIVE PLEADING AND TIME FOR
SUBMITTING JOINT STATUS REPORT AND ORDER

{00973199.DOC}

PDF created with pdfFactory trial version www.pdffactory.com