**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Katherine L.M. Mola, SBN 264625
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481 (telephone)
(916) 927-3706 (facsimile)
nsheehan@porterscott.com
kmola@porterscott.com

**Attorneys for Defendants:** REGENTS OF THE UNIVERSITY OF CALIFORNIA, TRACY GRISSOM and PAUL CODY

**LAW OFFICES OF LISA HOLDER**
Lisa Holder, SBN 212628
P.O. Box 65694
3 Los Angeles, CA 90065
Telephone (323)683-6610
Email: lisaholder@yahoo.com

**Attorney for Plaintiff:** RYAN CLIFFORD

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN CLIFFORD,<br><br>        Plaintiff,<br><br>vs.<br><br>REGENTS OF UNIVERSITY OF CALIFORNIA; TRACY GRISSOM (as individual); PAUL CODY (as individual); and Does 1 through 50, Inclusive,<br><br>        Defendants.<br>_____/ | CASE NO.  2:11-CV-02935-JAM-GGH<br><br>**JOINT STIPULATION TO ENLARGE TIME FOR FILING JOINT STATUS REPORT AND RULE 26(f) DISCLOSURES**<br><br><br><br>Complaint Filed: November 4, 2011<br>First Amended Complaint Filed: January 19, 2012 |

On February 17, 2012, Defendants filed a Motion to Dismiss Plaintiff's First Amended Complaint.  The hearing on Defendants' motion is scheduled for April 18, 2012, which was the earliest available date.  At this time, the parties are scheduled to submit a joint status report no later than March 19, 2012.

1
JOINT STIPULATION TO ENLARGE TIME FOR FILING JOINT STATUS REPORT AND RULE 26(f) DISCLOSURES

{00991870.DOC}

PDF created with pdfFactory trial version www.pdffactory.com

In light of Defendants' pending Motion to Dismiss, the parties hereby stipulated and agree that, within 30 days of the date the court rules on Defendants' motion to dismiss:

1. The parties will submit a joint status report; and
2. The parties will exchange initial disclosures pursuant to F.R.C.P. 26(f).

**IT IS SO STIPULATED.**

Dated: March 1, 2012.    **LAW OFFICE OF LISA HOLDER**

By __/s/ Lisa Holder_____
    Lisa Holder
    [as authorized on 2/29/12]
    Attorney for Plaintiff
    RYAN CLIFFORD

Dated: March 1, 2012.    **PORTER SCOTT**
                         **A PROFESSIONAL CORPORATION**

By __/s/Katherine L.M. Mola_____
    Nancy J. Sheehan
    Katherine L.M. Mola
    Attorneys for Defendants
    REGENTS OF THE UNIVERSITY OF
    CALIFORNIA, TRACY GRISSOM and
    PAUL CODY

**IT IS SO ORDERED.**

Dated: 3/1/2012

   /s/ John A. Mendez_____
    JOHN A. MENDEZ
    UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com