Lisa Holder, Esq. SBN. 212628
LAW OFFICE OF LISA HOLDER
P.O. Box 65694
Los Angeles, CA 90065
Telephone:  (323) 683-6610
Email: lisaholder@yahoo.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN CLIFFORD<br><br>Plaintiff,<br><br>vs.<br><br><br>REGENTS OF UNIVERSITY OF CALIFORNIA; TRACY GRISSOM (as an individual); PAUL CODY (as and individual); And Does 1 through 50, Inclusive,<br>Defendants.<br>DEFENDANTS. | **Case Number**: Honorable John A. Mendez (JAM)<br><br>ATTORNEY, LISA HOLDER'S, REQUEST FOR LEAVE TO WITHDRAW AS COUNSEL AND NON-OPPOSITION TO PLAINTIFF RYAN CLIFFORD'S REQUEST TO PROCEED IN PROPRIA PERSONA;  ATTORNEY AFFIDAVIT<br><br>JUDGE       : MENDEZ<br>DATE             :<br>TIME          :<br>COURT RM.: 6 |

Law Office of
Lisa Holder
P.O. Box 65694
Angeles, CA 90065
(323) 683-6610
holder@yahoo.com

A

0
ATTORNEY MOTION TO WITHDRAW

**NOTICE OF MOTION TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on Wednesday, October 17, 20102 at 9:00 a.m., or as soon thereafter as the matter may be heard before the Honorable John A. Mendez, United States District Judge, Courtroom 6 of the United States District Court for the Eastern District of California, Lisa Holder of the Law Offices of Lisa Holder, in compliance with CAL. R. PROF. CONDUCT 3-700 and pursuant to LOCAL R. 83-182, requests leave to withdraw as counsel for Plaintiff Ryan Clifford.

                                                         LAW OFFICE OF LISA HOLDER

Dated: September 1, 2012                By:___/s/ Lisa Holder
                                                            Attorney for Plaintiff

Law Office of Lisa Holder
P.O. Box 65694
Angeles, CA 90065
(323) 683-6610
holder@yahoo.com

A

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Pursuant to LOCAL R. 83-182, Attorney Lisa Holder ("Movant") hereby notifies the parties and the Court of his intent to withdraw as counsel of record for Plaintiff Ryan Clifford.   Movant states the following grounds for this notice and motion:

1. Movant represented Plaintiff in his action against defendants in the above entitled case for purposes of filing the complaint and litigating the Motion to Dismiss the Complaint.

2. On April 27, 2012 this court, after a hearing on the Motion to Dismiss, dismissed the complaint, with prejudice.

3.  Immediately, thereafter, Movant and plaintiff mutually agreed Movant would no longer serve as Plaintiff's counsel and Plaintiff would proceed in *propria persona* for any and all appeals against the judgment of this Court.

4. On May 25, 2012, Plaintiff timely appealed the judgment of dismissal to the Ninth Circuit Court of Appeal and represented to this Court and the Ninth Circuit Court in his Notice of Appeal that he would be proceeding in *propria persona*.  Movant was not involved in the filing of the notice of appeal.

5.  Movant confirmed with the clerk of the Ninth Circuit Court of Appeals that Plaintiff was proceeding in *propria persona* and that Movant was not the attorney of record.  Moreover, the clerk of the Ninth Circuit explained there was no

Law Office of
Lisa Holder
P.O. Box 65694
Angeles, CA 90065
(323) 683-6610
holder@yahoo.com

A

2
ATTORNEY MOTION TO WITHDRAW

need for Movant to file a formal request for withdrawal, as Movant was not listed as the attorney of record.

6. On August 21, 2012, Movant was served with notice of Plaintiff's request for substitution of counsel and request to proceed in propria persona and informed by this Court of the need to file a response to Plaintiff's request.  Prior to this date, Movant was not aware that it was necessary to file formal documentation of her withdrawal as counsel with this Court. To the contrary, it was Movant's belief that there was no such requirement because Movant understood that this Court no longer had jurisdiction of the case and Movant was informed by the Ninth Circuit that there was no need to file a formal motion to withdraw as counsel.

7. On August 28, 2012, Movant was served with a copy of Plaintiff's Motion to Set Aside the Judgment of Dismissal, filed in propria persona, which is currently pending before this Court.  Movant had no involvement in preparing the Motion to Set Aside the Judgment of Dismissal.

8. Sufficient cause for withdrawal of counsel and appointment of counsel exists in that Plaintiff has filed with this Court a request to proceed pro per and clearly has no objection to the withdrawal of Counsel.  Plaintiff has also filed an appeal pro per with the 9th Circuit and attorney Lisa Holder is not the attorney of record on the appeal.

9. Furthermore, Movant's withdrawal, at this time, is simply a formality and will not cause any prejudice or delay in this case, as Movant has had no

Law Office of
Lisa Holder
P.O. Box 65694
Angeles, CA 90065
(323) 683-6610
holder@yahoo.com

A

3
ATTORNEY MOTION TO WITHDRAW

involvement with the filing of the Motion to Set Aside the Judgment of Dismissal and as it was agreed to by Movant and Plantiff that Movant would not be representing plaintiff for appellate purposes or for any purposes related to appeal or vacation of the judgment.  All parties are active in their representation and will not require any additional time to review or acclimate to the absence of Movant as counsel, at this time.

10. Given the insubstantial nature of this Motion and absence of opposition to the motion, as compared with the substantial burden to Movant in traveling and attending a hearing on this Motion, Movant respectfully requests that the Court waive oral argument on this motion.

THEREFORE, Movant, Lisa Holder, respectfully requests that this Court waive oral argument on this Motion, grant her leave to withdraw as counsel in the above-captioned matter, and enter an order stating that Movant has so withdrawn.

LAW OFFICE OF LISA HOLDER

Dated: September 1, 2012          By:___/s/ Lisa Holder
                                  Attorney for Plaintiff

Law Office of
Lisa Holder
P.O. Box 65694
Angeles, CA 90065
(323) 683-6610
holder@yahoo.com

DECLARATION OF COUNSEL IN SUPPORT OF REQUEST FOR WITHDRAWAL AND PLAINTIFF'S REQUEST TO PROCEED PRO PER

I, LISA HOLDER, declare:

1. I am an attorney at law, duly licensed to practice before the Ninth Circuit, and all of the courts of the state of California.

2. Sufficient cause for withdrawal of counsel and appointment of counsel exists in that Plaintiff has filed with this Court a request to proceed pro per and clearly has no objection to the withdrawal of Counsel. Plaintiff has also filed an appeal pro per with the 9th Circuit and attorney Lisa Holder is not the attorney of record on the appeal.

3. Plaintiff's pro se status was designated in the Notice of Appeal filed on May 25, 2012 with this Court and the Ninth Circuit court of Appeal. Further, Plaintiff's pro se status on appeal was confirmed by counsel through communications with the clerk of the 9th Circuit. During that communication, Counsel was advised by the clerk of the court of appeal that it was unnecessary to file a formal motion to withdraw as counsel for purposes of the appeal.

4. Counsel first became aware of Plaintiff's Motion to Set Aside the Judgment of Dismissal, which is currently pending before this court, when it was filed on August 28, 2012 and played no role in preparing that motion.

Law Office of
Lisa Holder
P.O. Box 65694
Angeles, CA 90065
(323) 683-6610
holder@yahoo.com

A

5. On August 23, 2012, Plaintiff requested that Counsel sign the substitution of attorney and formally withdraw from the case, pursuant to the Court's order.

6. On August 30, 2012, Counsel notified Plaintiff of the intent to file a formal motion to withdraw, pursuant to the court's order.

I declare under penalty of perjury, under the laws of the State of California, the foregoing is true and correct.

                        ___/s/__Lisa Holder_
                        LISA HOLDER
                        Declarant

Law Office of
Lisa Holder
P.O. Box 65694
Angeles, CA 90065
(323) 683-6610
holder@yahoo.com

A

6
ATTORNEY MOTION TO WITHDRAW